OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

26 June 2006

United States District Court
Eastern District of California
501 I Street, Suite. 4-200
Sacramento, CA 95814

Re: MDL 05-1699 In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation

Title of Case(s)
*Norma Bunzel -v- Pfizer, Inc., et al*

Your Case Number(s)
C.A. No. 2:06-1010

Dear Clerk:

Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Charles R. Breyer for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

Please forward the **original record** and **a certified copy of the docket entries** in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Rufino Santos

If the case is an electronic case filing, please forward the PDF documents, as separate PDF files, including a copy of the docket sheet to **rufino_santos@cand.uscourts.gov** or, if you prefer, on a disc. We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

*R. C. Santos*

By: Rufino Santos
Deputy Clerk

Encl.

A CERTIFIED TRUE COPY
JUN 2 0 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN -2 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1699
M 05-1699 CRB

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-28)

FILED
JUN 26 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 728 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, 391 F.Supp.2d 1377 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Catherine D. Maida
Acting Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 2 0 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By: R.C. [signature]
Deputy Clerk
Date: 06/26/06

## SCHEDULE CTO-28 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA NORTHERN** | | |
| ALN 1 06-843 | Roger D. Conner v. G.D. Searle, LLC, et al. | |
| **CALIFORNIA EASTERN** | | |
| CAE 2 06-1010 | Norma Bunzel v. Pfizer Inc., et al. | |
| **CONNECTICUT** | | |
| CT 3 06-692 | Linda A. Hope, etc. v. Pfizer Inc. | |
| **ILLINOIS SOUTHERN** | | |
| ~~ILS 3 06-372~~ | ~~Henry Kahn, et al. v. Pfizer Inc., et al.~~ | Opposed 6/14/06 |
| **KENTUCKY EASTERN** | | |
| KYE 7 06-97 | Doshie Bartley, etc. v. Pfizer Inc., et al. | |
| **LOUISIANA WESTERN** | | |
| LAW 5 06-723 | Robert Landers, et al. v. Pfizer Inc. | |
| LAW 6 06-784 | Robert Minvielle, et al. v. Pfizer Inc. | |
| **MINNESOTA** | | |
| MN 0 06-1642 | Joanne Reese v. Pfizer Inc., et al. | |
| MN 0 06-1644 | Paula H. Shipman, etc. v. Pfizer Inc., et al. | |
| **NEW JERSEY** | | |
| NJ 3 06-2131 | Debbie Mitchell v. Pfizer Inc., et al. | |
| **TEXAS EASTERN** | | |
| TXE 1 06-242 | Tommie Jean Reasoner, et al. v. Pfizer Inc. | |
| TXE 1 06-260 | Leroy Carl Spears v. Pfizer Inc., et al. | |
| **TEXAS SOUTHERN** | | |
| TXS 2 06-201 | Debra Garza, etc. v. Pfizer Inc. | |
| TXS 4 06-1334 | Jeannie Grinnell v. Pfizer Inc. | |